UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES BUREAU OF RECLAMATION, et al., <br><br> Defendants. | Old Case No. 2:20-cv-00959-JAM-DMC <br> New Case No. 1:20-cv-00878−DAD-EPG <br><br> <u>ORDER RELATING CASES AND REASSIGNING DISTRICT AND MAGISTRATE JUDGES</u> |

Review of the above-captioned action reveals that it is related under this court's Local Rule 123 to numerous actions assigned to the undersigned, including: *Natural Resources Defense Council v. Bernhardt*, No. 1:05-cv-01207-DAD-EPG; *North Coast Rivers Alliance v. United States Department of the Interior*, No. 1:16-cv-00307-DAD-SKO; *United States v. State Water Resources Control Board*, No. 2:19-cv-00547-DAD-EPG*; California Natural Resources Agency v. Ross*, No. 1:20-CV-00426-DAD-EPG; *Pacific Coast Federation of Fishermen's Associations v. Ross*, No. 1:20-CV-00431-DAD-EPG.  The actions involve overlapping parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the court and parties.  An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this court **ORDERS** that the above-captioned actions be reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Erica P. Grosjean, with new case numbers:

**1:20-cv-00878−DAD-EPG**

All documents shall bear the new case numbers and the reassignment to the undersigned and Magistrate Judge Grosjean.

IT IS SO ORDERED.

Dated: __**June 25, 2020**__          _____/s/ Dale A. Drozd_____
                                    UNITED STATES DISTRICT JUDGE