UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE, et al., | Case No. 1:20-cv-878-DAD-EPG |
| Plaintiffs, | |
| v. | ORDER REGARDING STIPULATION FOR SECOND AMENDED COMPLAINT |
| UNITED STATES BUREAU OF RECLAMATION, et al., | |
| Defendants. | (ECF No. 22) |

Pursuant to the stipulation of the parties (ECF No. 22), IT IS ORDERED that Plaintiffs AquAlliance, California Sportfishing Protection Alliance, California Water Impact Network, Central Delta Water Agency, and South Delta Water Agency ("Plaintiffs") may file a Second Amended Complaint. Plaintiffs' Second Amended Complaint shall be filed within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated: **January 6, 2021**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1