UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION, et al.,<br><br>Defendants, | Case No. 1:20-cv-00878-DAD-EPG<br><br>**SCHEDULING CONFERENCE ORDER**<br><br>Plaintiff's Motion for Summary Judgment:   August 2, 2021<br><br>Defendants' Motion for Summary Judgment/Opposition:   October 1, 2021<br><br>Plaintiffs' Opposition/Reply:   November 15, 2021<br><br>Defendants' Reply:   December 6, 2021 |

This Court conducted an Initial Scheduling Conference on February 3, 2021. Jason Flanders appeared telephonically on behalf of Plaintiffs AquAlliance, California Sportfishing Protection Alliance, and California Water Impact Network. Patrick M. Soluri appeared telephonically on behalf of Plaintiffs Central Delta Water Agency and South Delta Water Agency (collectively, "Plaintiffs"). William Dean Carter and Clifford Eugene Stevens, Jr. appeared telephonically on behalf of Defendants United States Bureau of Reclamation, United States Department of Interior, David Bernhardt, and United States Fish and Wildlife Service (the "Federal Defendants"). Daniel Joseph O'Hanlon and Andrea A. Matarazzo/Rebecca R. Akroyd appeared telephonically on behalf of Defendant San Luis & Delta-Mendota Water Authority

1

("Defendant SLDMWA," and together with the Federal Defendants, "Defendants").  Pursuant to Fed. R. Civ. P. 16(b), this Court sets a schedule for this action.

## I. Preparation of the Administrative Record

Defendants have agreed to prepare the administrative record in this case and lodge it with the Court. The deadlines relating to the preparation of the administrative record are:

| | |
|---|---|
| **March 3, 2021** | Federal Defendants lodge the administrative record |
| **March 17, 2021** | Deadline for Defendant SLDMWA to serve Plaintiffs with a Preliminary Notification |
| **April 6, 2021** | Deadline for Plaintiffs to circulate a Preliminary Index of CEQA record documents |
| **April 16, 2021** | Deadline for Defendant SLDMWA to serve Plaintiffs with a notice specifying any document or items that it contends should be added to or deleted from the record |
| **April 26, 2021** | Deadline for Plaintiffs to transmit the record to Defendant SLDMWA for certification |
| **May 3, 2021** | Deadline for Plaintiffs to serve and lodge the certified record |

## II. Dates for Filing Briefs

Plaintiffs have requested that the Court set a briefing schedule for the parties to file cross-motions for summary judgment.  All motions will be set before United States District Judge Dale A. Drozd.  The Court will advise the parties if a hearing on any motion is required after reviewing the briefing. Given the nature of this case, the parties are not required to submit a joint statement of undisputed facts when filing motions for summary judgment.  However, prior to filing such motion, the parties are ordered to meet, in person or by telephone, and discuss the issues to be raised in the motion at least twenty-one days prior to filing the motion. The purpose of the meeting shall be to: 1) avoid filing motions for summary judgment where a question of fact exists; 2) determine whether the respondent agrees that the motion has merit in whole or in part; 3) discuss whether issues can be resolved without the necessity of briefing; 4) narrow the issues for review by the court; and 5) explore the possibility of settlement before the parties incur the expense of briefing a summary judgment motion.  Pursuant to the parties' agreement, Plaintiffs' combined page limit total for all briefing will be ninety (90) pages, the Federal Defendants

combined page limit total for all briefing will be sixty (60) pages, and Defendant SLDMWA's combined page total for all briefing will be sixty (60) pages.[1]

Dates for the filing of briefs are outlined below:

| | |
|---|---|
| **August 2, 2021** | Plaintiffs shall file their motion for summary judgment. |
| **October 1, 2021** | Defendants shall file their respective combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **November 15, 2021** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment. |
| **December 6, 2021** | Defendants shall file their respective replies in support of their cross-motion for summary judgment. |

## III.  Related Matters Pending

This matter is related to a number of cases, including Case Nos. 1:05-cv-01207-DAD-EPG, 1:16-cv-00307-DAD-SKO, 2:19-cv-00547-DAD-EPG, 1:20-cv-00426-DAD-EPG, and 1:20-cv-00431-DAD-EPG.

## IV.  Effect of This Order

This order represents the Court and the parties' best estimated schedule to complete this case.  Any party unable to comply with the dates outlined in this order shall immediately file an appropriate motion or stipulation identifying the requested modification(s).

***The dates set in this Order are considered to be firm and will not be modified absent a showing of good cause, even if a stipulation to modify is filed.***  Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, that establish good cause for granting the requested relief.  Due to the impacted nature of the civil case docket, this Court disfavors requests to modify established dates.

///

---

[1] These page limits are more extensive than what the Court typically permits, and lengthy briefing can delay the Court's ability to resolve a case. Accordingly, the parties are discouraged from using these extended page limits to unnecessarily expand the number of issues to be briefed. Further, repetitive briefing between the Federal Defendants and Defendant SLDMWA will be summarily ignored. The parties' briefing should also be entirely self-contained such that the Court does not need to refer to other documents to understand the arguments or the support therefor. The parties should not rely on incorporating material by reference by mere citation to the record or other documents submitted along with their briefing.

Failure to comply with this order shall result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:  **February 4, 2021**                /s/ Eric P. Groj
                                              UNITED STATES MAGISTRATE JUDGE