JASON R. FLANDERS (SBN 238007)
Email: jrf@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: 916-202-3018

MICHAEL B. JACKSON (SBN 53808)
Email: mjatty@sbcglobal.net
P.O. Box 207
75 Court Street
Quincy, CA 95971
Phone: 530-283-1007

*Attorneys for Petitioners and Plaintiffs AquAlliance,
California Sportfishing Protection Alliance, and
California Water Impact Network*

Patrick M. Soluri (SBN 210036)
Osha R. Meserve (SBN 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street
Sacramento, CA 95814
Phone: (916) 455-7300
Email: patrick@semlawyers.com; osha@semlawyers.com

*Attorneys for Petitioners and Plaintiffs
Central Delta Water Agency, South Delta Water Agency*

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CALIFORNIA WATER IMPACT NETWORK; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY,<br><br>              Petitioners and Plaintiffs,<br>     v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; U.S. DEPARTMENT OF THE INTERIOR; Debra Haaland, in her official capacity; and DOES 1 – 100,<br><br>              Respondents and Defendants. | Case No. 1:20-cv-00878-DAD-EPG<br><br>**JOINT STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

Petitioners and Plaintiffs AQUALLIANCE, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, CALIFORNIA WATER IMPACT NETWORK, CENTRAL DELTA WATER AGENCY and SOUTH DELTA WATER AGENCY (collectively, "Plaintiffs" or "Petitioners") and Respondent and Defendant UNITED STATES BUREAU OF RECLAMATION ("USBR"), Defendant Debra Haaland, Secretary of UNITED STATES DEPARTMENT OF INTERIOR, Defendant UNITED STATES DEPARTMENT OF INTERIOR, and Defendant UNITED STATES FISH AND WILDLIFE SERVICE, (collectively, "Federal Defendants") and Respondent and Defendant SAN LUIS & DELTA-MENDOTA WATER AUTHORITY ("SLDMWA"), hereby stipulate as follows:

WHEREAS, on February 4, 2021, this Court issued a Scheduling Conference Order (Dkt. 32) setting the deadline for Plaintiffs to file their motion for summary judgment as August 2, 2021, Defendants' cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment as October 1, 2021, Plaintiffs' combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment as November 15, 2021, and Defendants' respective replies in support of their cross-motion for summary judgment of December 6, 2021.

WHEREAS, on May 10, 2021, the Bureau of Reclamation issued an Amended Record of Decision of the Long-Term Water Transfers Project at issue in this suit. Consequently, Federal Defendants intend to file a supplement to the administrative record by August 13, 2021 as provided in the accompanying Declaration of Jason R. Flanders, paragraphs 3-4;

WHEREAS Federal Defendants' planned supplementation of the administrative record will require time for Plaintiffs to adequately review as provided in the accompanying Declaration of Jason R. Flanders and would expose Plaintiffs to a significant hardship without an extension;

WHEREAS the Parties have met and conferred regarding the need for an extension of briefing deadlines to account for the supplementation of the administrative record as provided in the accompanying Declaration of Jason R. Flanders, paragraphs 3-5;

WHEREAS the Parties have agreed to set the motion for summary judgment deadline 30 days after the Supplemental Administrative Record deadline, as provided in the accompanying

Declaration of Jason R. Flanders, paragraph 6, and thereby resulting in the schedule provided in the proposed order.

NOW THEREFORE, Plaintiffs and Defendants, by and through counsel, and subject to the Court's approval, have stipulated to a 30-day extension to Plaintiffs' motion for summary judgment deadline from the date the Supplemental Administrative Record is filed, with the deadlines for Defendants' combined motions and oppositions correspondingly extended, as well as the deadlines for the parties' replies;

//

//

| | |
|---|---|
| DATED: July 21, 2021 | AQUA TERRA AERIS LAW GROUP |
| | */S/ Jason R. Flanders* <br> Jason R. Flanders <br> *Attorneys for Plaintiffs and Petitioners* <br> AquAlliance, California Sportfishing Protection Alliance and California Water Impact Network |
| DATED: July 21, 2021 | SOLURI MESERVE |
| | */S/ Patrick M. Soluri* <br> Patrick M. Soluri <br> *Attorneys for Plaintiffs and Petitioners* <br> Central Delta Water Agency, South Delta Water Agency |
| DATED: July 21, 2021 | DEPARTMENT OF INTERIOR |

|   |   |
|---|---|
|   | /S/ W. Dean Carter |
|   | *Attorneys for Department of Interior* |
| DATED: July 21, 2021 | SAN LUIS AND DELTA-MENDOTA WATER AUTHORITY |
|   | /S/ Daniel O'Hanlon |
|   | *Attorneys for Defendant and Respondent San Luis and Delta-Mendota Water Authority* |
| DATED: July 21, 2021 | U.S. FISH AND WILDLIFE SERVICE |
|   | /S/ W. Dean Carter |
|   | *Attorneys for Defendant U.S. Fish and Wildlife Service* |
| DATED: July 21, 2021 | U.S. BUREAU OF RECLAMATION |
|   | /S/ W. Dean Carter |
|   | *Attorneys for Defendant and Respondent U.S. Bureau of Reclamation* |

//

//

## ATTESTATION

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 20, 2021

                                          */S/ Jason R. Flanders*
                                          Jason R. Flanders

# ORDER

Pursuant to the parties' stipulation (ECF No. 37), IT IS HEREBY ORDERED that the Scheduling Order (ECF No. 32) is modified as follows:

| Event | Deadline/Date |
| --- | --- |
| Federal Defendants shall file the Supplemental Administrative Record | August 13, 2021 |
| Plaintiffs shall file their motion for summary judgment | September 13, 2021 |
| Defendants shall file their respective combined cross-motion for summary judgment and opposition to Plaintiff's motion for summary judgment | November 12, 2021 |
| Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment | December 27, 2021 |
| Defendants shall file their respective replies in support of their cross-motion for summary judgment | January 17, 2022 |

All other terms and conditions of the Scheduling Order (ECF No. 32) remain in full force and effect.

IT IS SO ORDERED.

Dated: **July 21, 2021**          /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE