UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUALLIANCE, et al., | Case No. 1:20-cv-00878−JLT-EPG |
| Plaintiffs, | ORDER FOR ADDITIONAL SUPPLEMENTAL FILINGS |
| v. | |
| UNITED STATES BUREAU OF RECLAMATION, et al., | |
| Defendants. | |

    Plaintiffs in this case challenge a five-year program designed to allow sellers located upstream of the Sacramento/San Joaquin Delta ("Delta") to sell/transfer water to willing buyers south of the Delta (the "Project"). Claims in the case arise under the National Environmental Policy Act (NEPA), the Endangered Species Act (ESA), California Environmental Quality Act (CEQA), and California's Public Trust Doctrine. Currently pending before the Court are highly complex cross-motions for summary judgment. The Court has begun work on the pending motions but has been unable to make significant progress due to the ongoing judicial resource shortage, pressing criminal matters, and the renewal of enormously time-consuming emergency motions filed in related environmental cases.

    The Court has previously expressed concerns about mootness and called for supplemental

briefs (Doc. 57), which were submitted in late November 2023 (Docs. 58–60). By clarifying the factual situation, the supplemental filings addressed the Court's initial concern that the incidental take coverage provided for the project under the ESA may have been effectively used up. However, the supplemental filings also point out that **no** Project transfers have taken place in the past two years and further suggest that it is possible (if not likely) that none will take place in 2024, **the final year of the Project's scope**. (Doc. 59 at 2.) Considering this information and the fact that the Court is unlikely to be able to resolve the pending motions in the next several months, the Court remains concerned about mootness and will therefore require the parties to provide periodic updates on plans and approvals for Project-related transfers in 2024. The Court is cognizant of Plaintiff's position that this case should be decided even if the circumstances render the case technically moot (*see id*. at 3–4) and will consider those arguments as appropriate once the factual record is better developed. Thus, the Court ORDERS:

1. The Parties shall submit further joint status reports starting 30 days from the date of this order and every 30 days thereafter, providing updated information about the likelihood of Project-related transfers occurring in 2024.

IT IS SO ORDERED.

    Dated:    **February 9, 2024**

UNITED STATES DISTRICT JUDGE

2