JASON R. FLANDERS (SBN 238007)
Email: jrf@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: 916-202-3018

MICHAEL B. JACKSON (SBN 53808)
Email: mjatty@sbcglobal.net
P.O. Box 207
75 Court Street
Quincy, CA 95971
Phone: 530-283-1007

*Attorneys for Petitioners and Plaintiffs AquAlliance,
California Sportfishing Protection Alliance, and
California Water Impact Network*

Patrick M. Soluri (SBN 210036)
Osha R. Meserve (SBN 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street
Sacramento, CA 95814
Phone: (916) 455-7300
Email: patrick@semlawyers.com; osha@semlawyers.com

*Attorneys for Petitioners and Plaintiffs
Central Delta Water Agency, South Delta Water Agency*

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CALIFORNIA WATER IMPACT NETWORK; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY,<br><br>         Petitioners and Plaintiffs,<br>   v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 – 100,<br><br>         Respondents and Defendants. | Case No. 1:20-cv-00878-JLT-EPG<br><br>**JOINT STIPULATION TO MODIFY DEADLINES TO RESPOND TO COURT'S ORDER REQUESTING ADDITIONAL BRIEFING RE MOOTNESS; [PROPOSED] ORDER** |

JOINT STIPULATION TO MODIFY DEADLINES TO RESPOND TO COURT'S ORDER
REQUESTING ADDITIONAL BRIEFING RE MOOTNESS; [~~PROPOSED~~] ORDER

1  WHEREAS, on July 1, 2024 the Court issued and Order Requesting Additional Briefing Re Mootness (ECF No. 69);

WHEREAS, pursuant to the Order Plaintiffs' supplemental brief is currently due on July 31, 2024 and Defendants' brief is due twenty-one days thereafter;

WHEREAS, counsel for Plaintiffs have pre-existing travel and/or briefing conflicts;

WHEREAS, the Court stated in its July 1 Order that it would "entertain any reasonable stipulation regarding" the deadlines set forth in the Order (ECF No. 69 at 4, n.3);

NOW THEREFORE, Plaintiffs and Defendants stipulate as follows:

Plaintiffs' deadline to file supplemental briefing in response to the Court's Order Requesting Additional Briefing Re Mootness (ECF No. 69) shall be extended until August 14, 2024; thereafter Defendants shall have until September 11, 2024 to file a responsive brief of equal or lesser length.

DATED:  July 17, 2024                    AQUA TERRA AERIS LAW GROUP

/s/ *Jason R. Flanders*
Jason R. Flanders
Attorney for Plaintiffs
AquAlliance, and California Sportfishing Protection Alliance
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Email: jrf@atalawgroup.com
Phone: 916-202-3018

DATED: July 17, 2024                     SOLURI MESERVE, A LAW CORPORATION

/s/ *Patrick M. Soluri*
Patrick M. Soluri
Attorney for Plaintiffs
Central Delta Water Agency, South Delta Water Agency
510 8th Street
Sacramento, CA 95814
Email: patrick@semlawyers.com
Phone: (916) 455-7300

2

JOINT STIPULATION TO MODIFY DEADLINES TO RESPOND TO COURT'S ORDER REQUESTING ADDITIONAL BRIEFING RE MOOTNESS; [~~PROPOSED~~] ORDER

DATED: July 18, 2024

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *W. Dean Carter*
W. DEAN CARTER
Assistant United States Attorney

Attorneys for Federal Defendants

### ATTESTATION

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

   */s/ Jason R. Flanders*
   Jason R. Flanders

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the Parties, Plaintiffs' deadline to file a supplemental brief no longer than 15 pages in length addressing the issue of mootness is extended to August 14, 2024; thereafter Defendants shall have until September 11, 2024 to file a responsive brief of equal or lesser length.

IT IS SO ORDERED.

   Dated:  **July 18, 2024**

   [signature]
   UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION TO MODIFY DEADLINES TO RESPOND TO COURT'S ORDER REQUESTING ADDITIONAL BRIEFING RE MOOTNESS; [~~PROPOSED~~] ORDER