JASON R. FLANDERS (SBN 238007)
Email: jrf@atalawgroup.com
AQUA TERRA AERIS LAW GROUP
4030 Martin Luther King Jr. Way
Oakland, CA 94609
Phone: 916-202-3018

MICHAEL B. JACKSON (SBN 53808)
Email: mjatty@sbcglobal.net
P.O. Box 207
75 Court Street
Quincy, CA 95971
Phone: 530-283-1007

*Attorneys for Petitioners and Plaintiffs AquAlliance,
California Sportfishing Protection Alliance, and
California Water Impact Network*

Patrick M. Soluri (SBN 210036)
Osha R. Meserve (SBN 204240)
SOLURI MESERVE, A LAW CORPORATION
510 8th Street
Sacramento, CA 95814
Phone: (916) 455-7300
Email: patrick@semlawyers.com; osha@semlawyers.com

*Attorneys for Petitioners and Plaintiffs
Central Delta Water Agency, South Delta Water Agency*

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AQUALLIANCE; CALIFORNIA SPORTFISHING PROTECTION ALLIANCE; CALIFORNIA WATER IMPACT NETWORK; CENTRAL DELTA WATER AGENCY; SOUTH DELTA WATER AGENCY,<br><br>Petitioners and Plaintiffs,<br>v.<br><br>THE UNITED STATES BUREAU OF RECLAMATION; SAN LUIS & DELTA-MENDOTA WATER AUTHORITY; U.S. DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity; U.S. FISH AND WILDLIFE SERVICE; and DOES 1 – 100,<br><br>Respondents and Defendants. | Case No. 1:20-cv-00878-JLT-EPG<br><br>**SECOND JOINT STIPULATION TO MODIFY DEADLINES TO RESPOND TO COURT'S ORDER REQUESTING ADDITIONAL BRIEFING RE MOOTNESS; [PROPOSED] ORDER** |

1     WHEREAS, on July 1, 2024 the Court issued and Order Requesting Additional Briefing
2 Re Mootness (ECF No. 69);
3     WHEREAS, on July 18, 2024, the Court entered the Parties' Joint Stipulation to Modify
4 Deadlines to Respond to the Court's Order Requesting Additional Briefing Re Mootness (Dkt.
5 71);
6     WHEREAS, lead Counsel for the AquAlliance Plaintiffs, Jason R. Flanders, and his
7 immediate family, contracted COVD-19 during the week of August 5, 2024 and continue to be
8 symptomatic and test positive for COVID-19 at the time of the filing of this Second Joint
9 Stipulation;
10     WHEREAS, Mr. Flanders' personal and family medical condition has prevented him from
11 adequately responding to the Court's Order Requesting Additional Briefing Re Mootness;
12     WHEREAS, none of the Parties object to further modification of the deadlines set forth in
13 the Parties July 18, 2024 Joint Stipulation;
14     NOW THEREFORE, Plaintiffs and Defendants stipulate as follows:
15     Plaintiffs' deadline to file supplemental briefing in response to the Court's Order
16 Requesting Additional Briefing Re Mootness (ECF No. 69) shall be extended until August 28,
17 2024; thereafter Defendants shall have until October 11, 2024 to file a responsive brief of equal or
18 lesser length.

21 DATED: August 12, 2024           AQUA TERRA AERIS LAW GROUP

23                                        /s/ *Jason R. Flanders*
                                       Jason R. Flanders
                                       Attorney for Plaintiffs
                                       AquAlliance, and California Sportfishing Protection
                                       Alliance
                                       4030 Martin Luther King Jr. Way
                                       Oakland, CA 94609
                                       Email: jrf@atalawgroup.com
                                       Phone: 916-202-3018

2

| | | |
|---|---|---|
| DATED: August 12, 2024 | | SOLURI MESERVE, A LAW CORPORATION |

/s/ *Patrick M. Soluri*
Patrick M. Soluri
Attorney for Plaintiffs
Central Delta Water Agency, South Delta Water Agency
510 8th Street
Sacramento, CA 95814
Email: patrick@semlawyers.com
Phone: (916) 455-7300

DATED:  August 13, 2024         PHILLIP A. TALBERT
United States Attorney

By:    /s/
W. DEAN CARTER
Assistant United States Attorney

Attorneys for Federal Defendants

## **ATTESTATION**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

 */s/ Jason R. Flanders*
Jason R. Flanders

1  **[PROPOSED] ORDER**

2  Pursuant to the Stipulation of the Parties, it is so Ordered:

3  Plaintiffs' deadline to file supplemental briefing in response to the Court's Order
4  Requesting Additional Briefing Re Mootness (ECF No. 69) shall be extended until August 28,
5  2024; thereafter Defendants shall have until October 11, 2024 to file a responsive brief of equal or
6  lesser length.

7

8  IT IS SO ORDERED.

9  Dated: __August 13, 2024__                            _____
10                                                       UNITED STATES DISTRICT JUDGE